UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 01-4014-CR-C-5 |
| | ) |
| JASON WAYNE FAULKNER, | ) |
| | ) |
| Defendant. | ) |

ORDER MODIFYING CONDITIONS OF SUPERVISION

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of April 25, 2005, and a hearing having been waived by defendant, it is hereby

**ORDERED** that the following be added to the conditions of supervision for Jason Wayne Faulkner:

**You shall participate in the Remote Alcohol Testing Program, as directed by the Probation Office, for up to 120 days. During this time, you shall be at your place of residence at times directed by the Probation Officer for administration of the alcohol test. You will maintain a telephone at your place of residence without call forwarding, a modem, caller ID, call waiting, or portable cordless telephones for the above period. You must pay for the costs of the Remote Alcohol Testing.**

                                                   s/ Nanette K. Laughrey
                                                   NANETTE K. LAUGHREY
                                                   UNITED STATES DISTRICT JUDGE

Dated at Jefferson City, Missouri, this __26th__ Day of ___April___, 2005.